# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

BRUCE JACKSON, )
                                         )
            Plaintiff, )
                                         )
v.                                       )     Case No. CIV-15-27-SPS
                                         )
KEN GOLDEN, )
                                         )
            Defendant. )

# OPINION AND ORDER REGARDING
# MOTIONS IN LIMINE AND
# DEPOSITION DESIGNATIONS

A. Regarding Plaintiff's Motion in Limine and Supporting Brief [Docket No. 78], the Court orders as follows:

1. The Plaintiff's s Motion is GRANTED as to items 2-4, and 6.

2. The Plaintiff's Motion is GRANTED as to item 1 with any reference to the Plaintiff's religious or spiritual beliefs, but otherwise DENIED.

3. The Plaintiff's Motion is DENIED as to item 5.

4. The Plaintiff's Motion is GRANTED as to item 7, by agreement of the parties.

B. Regarding Defendant's Motion and Brief in Limine [Docket No. 74], the Court orders as follows:

1. The Defendant's motion is GRANTED as to items 1, 3, 5, 7-10.

2. The Defendant's motion is GRANTED as to item 2, with the proviso that it may later be deemed relevant depending on testimony provided at trial, particularly from Lisa Miller.

3. The Defendant's motion is DENIED and PERMITTED as to item 4 to the same extent denied and permitted in CIV-15-29-SPS, *Liverman v. Golden*.

4. The Defendant's motion is DENIED as to item 6 subject to the provisions of Fed. R. Evid. 608.

5. The Defendant's motion is DENIED as to item 11 ("Witness and Exhibits not listed on Plaintiff's witness or exhibit list"), to be re-urged at the time of trial if appropriate.

6. The Defendant's motion is DENIED as to items 12-13.

C. Regarding the Defendant's Objections to Plaintiff's Deposition Designations for Lisa Miller [Docket No. 98], the Court orders as follows:

1. The Defendant's Objections to Plaintiff's Deposition Designations are GRANTED as to items 3, 11-14.

2. The Defendant's Objections to Plaintiff's Deposition Designations are GRANTED as to items 7-9, with the same proviso as stated with regard to item 2 of Defendant's Motion and Brief in Limine [Docket No. 74], that they may later be deemed relevant depending on testimony provided at trial, particularly from Lisa Miller.

3. The Defendant's Objections to Plaintiff's Deposition Designations are DENIED as to items 1-2, 4-6, 10, 15-16.

D. Regarding the Defendant's Objections to Plaintiff's Deposition Designations for Jaime Newberry Calfy [Docket No. 103], the Court orders as follows:

1. The Defendant's Objections are GRANTED as to items 1, 13-24, 29-31.

2. The Defendant's Objections are DENIED as to items 2-12, 25-28.

IT IS SO ORDERED this 19th day of February, 2016.

_____
Steven P. Shreder
United States Magistrate Judge
Eastern District of Oklahoma