# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRUCE JACKSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No. CIV-15-27-SPS |
| KEN GOLDEN, Sheriff, | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

This matter came before the Court for a trial by jury from February 22 through February 23, 2016. On February 23, 2016, the jury returned its verdict, finding in favor of Defendant as to all of Plaintiff's claims.

Accordingly, JUDGMENT IS HEREBY RENDERED in favor of Defendant Ken Golden, Sheriff, and against Plaintiff Bruce Jackson.

**It is so ordered** this 23rd day of February, 2016.

_____
Steven P. Shreder
United States Magistrate Judge
Eastern District of Oklahoma